Argued August 20, affirmed September 23, reconsideration denied
October 30, petition for review denied December 27, 1974

LEO DANBY REED, JR., *Petitioner, v.* OREGON
STATE PENITENTIARY (No. 3295, 02-74-042),
*Respondent.*

526 P2d 644

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Scott McAlister,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and TANZER, Judges.

PER CURIAM.

The issues presented in this prison discipline case have all been resolved in *Wolff v. McDonnell,* 418 US 539, 94 S Ct 2963, 41 L Ed 2d 935 (1974), *Bonney v. OSP,* 16 Or App 509, 519 P2d 383, Sup Ct *review allowed* (1974), *Dragoo v. OSP,* 19 Or App 1, 526 P2d 637 (1974), and *Smith v. OSP,* 18 Or App 668, 526 P2d 642 (1974).

Affirmed.